ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| The Consulting Network, Inc. ) | ASBCA No. 60114 |
| ) | |
| Under Contract Nos. N00024-04-C-4188 ) | |
| N00024-08-C-6264 ) | |

APPEARANCE FOR THE APPELLANT:       Christopher J. Kimball, Esq.
                                     Cooley LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                     Samuel W. Morris, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 January 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60114, Appeal of The Consulting Network, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals